# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 16-00274-WS |
| ) | |
| MICHAEL JAMES REED ) | |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 136) and without any objection having been filed by the parties, the Defendant's plea of guilty to Counts Two and Four of the Superseding Indictment is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **July 24, 2018** at **9:30 a.m.** in Courtroom 2A.

**DONE and ORDERED** this 20th day of March, 2018.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE